

# NUMBER 13-24-00349-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ADRIAN CORTEZ AND MELINDA CORTEZ,**               **Appellants,**

**v.**

**MARTHA REYNA PEREZ,**                                              **Appellee.**

---

## ON APPEAL FROM THE 92ND DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña**
**Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on appellants' motion to dismiss. Appellants wish to withdraw or dismiss their appeal.

Having considered appellants' motion, we are of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellants' motion to dismiss is

granted, and the appeal is hereby dismissed. Costs will be taxed against the appellants. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellants' request, no motion for rehearing will be entertained.

DORI CONTRERAS<br>
Chief Justice

Delivered and filed on the
18th day of July, 2024.